## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERTO MATA FUENTES,<br><br>Petitioner,<br><br>v.<br><br>SAMUEL J. OLSON, KRISTI NOEM, TODD LYONS, PAM BONDI, and JOEL BROTT,<br><br>Respondents. | Case No. 25-cv-4456 (LMP/ECW)<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 18).  **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: December 31, 2025         *s/ Laura M. Provinzino*
                                 Laura M. Provinzino
                                 United States District Judge